# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERTO C. DURAND,
           Appellant,

vs.

THE STATE OF NEVADA,
           Respondent.

ROBERTO C. DURAND,
           Appellant,

vs.

THE STATE OF NEVADA,
           Respondent.

No. 82736

No. 82737

FILED

APR 29 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from a district court order denying a motion to modify sentence. This court's review of these appeals reveals a jurisdictional defect. Specifically, the district court entered the order denying a motion to modify sentence on December 10, 2020. Appellant did not file the notices of appeal, however, until April 5, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), this court lacks jurisdiction to consider these appeals, and

ORDERS these appeals DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-12342

cc:   Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 32
Roberto C. Durand
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A